Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

_October 10_____ 20 24

Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-164 JNW |
| Plaintiff | **SUPERSEDING INDICTMENT** |
| v. | |

1. MARQUIS JACKSON,
2. MARKELL JACKSON,
3. MANDEL JACKSON,
4. EDGAR VALDEZ,
5. KEONDRE JACKSON,
6. MICHAEL YOUNG,
7. SIR TERRIQUE MILAM,
8. TYRELL LEWIS,
9. ROBERT JOHNSON,
10. MATELITA JACKSON,
11. MIRACLE PATU-JACKSON,
12. DIYANA ABRAHA,
13. ADEAN BATINGA,
14. TIANNA KARASTAN,
15. ROBERT BELLAIR,
16. RONALD FINKBONNER,
17. PATRICK JAMES,
18. THOMAS MORRIS,
19. CHAD CONTI, and
20. PHILLIP LAMONT ALEXANDER,

Defendants.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least October 2, 2024, in King, Pierce, Snohomish, and Whatcom Counties, within the Western District of Washington, and elsewhere, MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, MICHAEL YOUNG, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ADEAN BATINGA, TIANNA KARASTAN, ROBERT BELLAIR, RONALD FINKBONNER, PATRICK JAMES, THOMAS MORRIS, CHAD CONTI, PHILLIP LAMONT ALEXANDER, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), N-(4-fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (p-fluorofentanyl – a fentanyl analogue), and methamphetamine, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, MICHAEL YOUNG, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, ROBERT BELLAIR, RONALD FINKBONNER, PATRICK JAMES, THOMAS MORRIS, CHAD CONTI, and PHILLIP LAMONT ALEXANDER their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture or substance containing fentanyl, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

Superseding Indictment - 2
*United States v. Jackson et al., CR24-164 JNW*
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Grand Jury further alleges that with respect to MARQUIS JACKSON,

2    MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE

3    JACKSON, MICHAEL YOUNG, SIR TERRIQUE MILAM, TYRELL LEWIS, and

4    ROBERT JOHNSON, their conduct as members of the conspiracy charged in Count 1,

5    which includes the reasonably foreseeable conduct of other members of the conspiracy

6    charged in Count 1, involved 100 grams or more of a mixture and substance containing a

7    detectable amount of any fentanyl analogue, in violation of Title 21, United States Code,

8    Sections 841(b)(1)(A).

9         The Grand Jury further alleges that with respect to EDGAR VALDEZ, their

10   conduct as members of the conspiracy charged in Count 1, which includes the reasonably

11   foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50

12   grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500

13   grams or more of a mixture or substance containing a detectable amount of

14   methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21,

15   United States Code, Sections 841(b)(1)(A).

16        All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C),

17   and 846.

18                              **COUNT 2**

19                **(Conspiracy to Commit Money Laundering)**

20   **A.    The Conspiracy**

21        Beginning at a time unknown, and continuing until at least October 2, 2024, in

22   King, Pierce, Snohomish, and Whatcom Counties, within the Western District of

23   Washington, and elsewhere, MARQUIS JACKSON, MARKELL JACKSON,

24   MATELITA JACKSON, DIYANA ABRAHA, and others known and unknown, did

25   knowingly combine, conspire, and agree with each other and with other persons known

26

27

Superseding Indictment - 3
*United States v. Jackson et al., CR24-164 JNW*
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  and unknown to the Grand Jury to commit offenses against the United States in violation

2  of Title 18, United States Code, Section 1956, to wit:

3        1.        To knowingly conduct and attempt to conduct financial transactions

4  affecting interstate commerce and foreign commerce, which transactions involved the

5  proceeds of specified unlawful activity, that is, Conspiracy to Distribute Controlled

6  Substances as charged in Count 1, knowing that the transactions were designed in whole

7  or in part to conceal and disguise the nature, location, source, ownership, and control of

8  the proceeds of specified unlawful activity, and that while conducting and attempting to

9  conduct such financial transactions, knew that the property involved in the financial

10 transactions represented the proceeds of some form of unlawful activity, in violation of

11 Title 18, United States Code, Section 1956(a)(1)(B)(i); and

12       2.        To knowingly conduct and attempt to conduct financial transactions

13 affecting interstate commerce and foreign commerce, which transactions involved the

14 proceeds of specified unlawful activity, that is, Conspiracy to Distribute Controlled

15 Substances as charged in Count 1, knowing that the transactions were designed in whole

16 or in part to avoid a transaction reporting requirement under State or Federal Law, and

17 that while conducting and attempting to conduct such financial transactions, knew that

18 the property involved in the financial transactions represented the proceeds of some form

19 of unlawful activity, in violation of Title 18, United States Code, Section

20 1956(a)(1)(B)(ii).

21       All in violation of Title 18, United States Code, Section 1956(h).

22                              <u>**COUNT 3**</u>

23                    (**Distribution of a Controlled Substance**)

24       On or about October 31, 2023, in Snohomish County, within the Western District

25 of Washington, and elsewhere, MARKELL JACKSON, and others known and unknown,

26 did knowingly and intentionally distribute, and aid and abet the distribution of, a

27

Superseding Indictment - 4
*United States v. Jackson et al., CR24-164 JNW*
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

controlled substance, including: fentanyl and p-fluorofentanyl (a fentanyl analogue), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that the offense involved 100 grams or more of a mixture and substance containing a detectable amount of any fentanyl analogue.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 4

### (Distribution of a Controlled Substance)

On or about December 7, 2023, in Snohomish County, within the Western District of Washington, and elsewhere, MARKELL JACKSON, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 5

### (Distribution of a Controlled Substance)

On or about March 7, 2024, in Snohomish County, within the Western District of Washington, and elsewhere, MARKELL JACKSON, ADEAN BATINGA, ROBERT JOHNSON, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 6

### (Possession with Intent to Distribute a Controlled Substance)

On or about December 7, 2023, in Whatcom County, within the Western District of Washington, and elsewhere, ROBERT BELLAIR, MARKELL JACKSON, and others known and known, did knowingly and intentionally possess, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 7

### (Possession with Intent to Distribute a Controlled Substance)

On or about February 9, 2023, in Whatcom County, within the Western District of Washington, and elsewhere, RONALD FINKBONNER did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: fentanyl and methamphetamine, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 841(b)(1)(C).

## COUNT 8

### (Possession with Intent to Distribute a Controlled Substance)

On or about July 22, 2024, in Whatcom County, within the Western District of Washington, and elsewhere, RONALD FINKBONNER did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: fentanyl and methamphetamine, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

//

//

Superseding Indictment - 7
*United States v. Jackson et al., CR24-164 JNW*
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 9

### (Possession with Intent to Distribute a Controlled Substance)

On or about August 21, 2024, in Whatcom County, within the Western District of Washington, and elsewhere, PATRICK JAMES did knowingly and intentionally possess, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT 10

### (Possession with Intent to Distribute a Controlled Substance)

On or about October 4, 2023, in Whatcom County, within the Western District of Washington, and elsewhere, THOMAS MORRIS did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 11

### (Possession with Intent to Distribute a Controlled Substance)

On or about October 2, 2024, in King County, within the Western District of Washington, and elsewhere, CHAD CONTI did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 12

### (Possession with Intent to Distribute a Controlled Substance)

On or about October 2, 2024, in Whatcom County, within the Western District of Washington, and elsewhere, PHILLIP LAMONT ALEXANDER did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 12 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Upon conviction of any of the offenses alleged in Counts 1, and 3 through 12,

2   MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR

3   VALDEZ, KEONDRE JACKSON, MICHAEL YOUNG, SIR TERRIQUE MILAM,

4   TYRELL LEWIS, ROBERT JOHNSON, MIRACLE PATU-JACKSON, DIYANA

5   ABRAHA, ADEAN BATINGA, TIANNA KARASTAN, ROBERT BELLAIR,

6   RONALD FINKBONNER, PATRICK JAMES, THOMAS MORRIS, CHAD CONTI,

7   and PHILLIP LAMONT ALEXANDER shall forfeit to the United States, pursuant to

8   Title 21, United States Code, Section 853(a), any property constituting or derived from

9   proceeds traceable to the offense, as well as any property used or intended to be used to

10  facilitate the offense. Such property includes, but is not limited to:

11        a.  Approximately $25,000 in U.S. currency, seized on or about August 18, 2024,

12            from EDGAR VALDEZ's residence in Phoenix, Arizona;

13        b.  Two Rolex watches, seized on or about August 18, 2024, from EDGAR

14            VALDEZ's residence in Phoenix, Arizona;

15        c.  One gold necklace, seized on or about August 18, 2024, from EDGAR

16            VALDEZ's residence in Phoenix, Arizona; and

17        d.  One black Ruger LCP, and any associated ammunition, seized on or about

18            August 18, 2024, from a residence used by EDGAR VALDEZ, in Avondale,

19            Arizona.

20        Upon conviction of the offense alleged in Count 2, MARQUIS JACKSON,

21  MARKELL JACKSON, MATELITA JACKSON, and DIYANA ABRAHA, shall forfeit

22  to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any

23  property, real or personal, involved in the offense, or any property traceable to such

24  property.

25

26

27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    **Substitute Assets.** If any of the above-described forfeitable property, as a result of

2    any act or omission of the defendants,

3              a.    cannot be located upon the exercise of due diligence;

4              b.    has been transferred or sold to, or deposited with, a third party;

5              c.    has been placed beyond the jurisdiction of the Court;

6              d.    has been substantially diminished in value; or

7              e.    has been commingled with other property which cannot be divided

8                    without difficulty,

9    it is the intent of the United States to seek the forfeiture of any other property of the

10   defendant, up to the value of the above-described forfeitable property, pursuant to

11   Title 21, United States Code, Section 853(p).

12

13                                    A TRUE BILL: yes

14                                    DATED: 10|10|2024

15

16                                    *Signature of Foreperson redacted pursuant
                                      to the policy of the Judicial Conference of
17                                    the United States.*

18                                    _____
                                      FOREPERSON
19

20   _____
     TESSA M. GORMAN
21   United States Attorney

22   _____

23   VINCENT T. LOMBARDI
     Assistant United States Attorney

24   _____
25   ZACHARY W. DILLON
26   Assistant United States Attorney

27